B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rabbe Farms LLP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Rabbe Grain Co.; DBA Rabbe Grain Elevator** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**41-1546449** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**501 Main Street**<br>**Ormsby, MN**<br>ZIP Code **56162** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Martin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rabbe Farms LLP** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Rabbe Farms LLP**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Ralph V. Mitchell**
Signature of Attorney for Debtor(s)

  **Ralph V. Mitchell 184639**
Printed Name of Attorney for Debtor(s)

  **Lapp Libra Thomson Stoebner Pusch**
Firm Name

  **120 South Sixth Street**
  **Suite 2500**
  **Minneapolis, MN 55402**

Address

  **612-338-5815  Fax: 612-338-6651**
Telephone Number

  **September 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Joel Rabbe**
Signature of Authorized Individual

  **Joel Rabbe**
Printed Name of Authorized Individual

  **General Partner**
Title of Authorized Individual

  **September 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **Rabbe Farms LLP**                              ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **North Country Seed, LLC** | **15-** **Affiliate** | **09/29/15** |
| **Rabbe Ag Enterprises, General Partnership** | **15-** **Affiliate** | **09/29/15** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re  **Rabbe Farms LLP**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ABDO Eick & Meyers, LLP<br>PO Box 3166<br>Mankato, MN 56002-3166 | ABDO Eick & Meyers, LLP<br>PO Box 3166<br>Mankato, MN 56002-3166 | accounting | | Unknown |
| AgStar Financial Services<br>1921 Premier Drive<br>Mankato, MN 56001 | AgStar Financial Services<br>1921 Premier Drive<br>Mankato, MN 56001 | equipment loan | | 223,743.00<br><br>(Unknown secured) |
| CHS Insurance Services, LLC<br>PO Box 64422<br>Saint Paul, MN 55164 | CHS Insurance Services, LLC<br>PO Box 64422<br>Saint Paul, MN 55164 | insurance | | Unknown |
| City of Ormsby<br>PO Box 507<br>Ormsby, MN 56162 | City of Ormsby<br>PO Box 507<br>Ormsby, MN 56162 | utility | | Unknown |
| Farmers State Bank of Trimont<br>220 West Main Street<br>Trimont, MN 56176 | Farmers State Bank of Trimont<br>220 West Main Street<br>Trimont, MN 56176 | bank loan | | 14,578,716.00<br><br>(Unknown secured) |
| Farmers State Bank of Trimont<br>220 West Main Street<br>Trimont, MN 56176 | Farmers State Bank of Trimont<br>220 West Main Street<br>Trimont, MN 56176 | bank loan | | 2,437,912.00<br><br>(Unknown secured) |
| Federated Rural Electric<br>PO Box 69<br>Jackson, MN 56143 | Federated Rural Electric<br>PO Box 69<br>Jackson, MN 56143 | utility | | Unknown |
| Frontier<br>PO Box 20550<br>Rochester, NY 14602-0550 | Frontier<br>PO Box 20550<br>Rochester, NY 14602-0550 | utility | | Unknown |
| INTERNAL REVENUE SERVICE<br>STOP 5700<br>30 EAST 7TH STREET, SUITE 1222<br>Saint Paul, MN 55101 | INTERNAL REVENUE SERVICE<br>STOP 5700<br>30 EAST 7TH STREET, SUITE 1222<br>Saint Paul, MN 55101 | taxes | | Unknown |
| Kenneth Amman<br>769 250th Street<br>Ormsby, MN 56162 | Kenneth Amman<br>769 250th Street<br>Ormsby, MN 56162 | deferred grain payment | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re **Rabbe Farms LLP**  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kuehl's Electric Inc.**<br>**304 Tiell Drive**<br>**Saint James, MN 56081** | **Kuehl's Electric Inc.**<br>**304 Tiell Drive**<br>**Saint James, MN 56081** | **electrical work** | | **Unknown** |
| **Massop Electric, Inc.**<br>**1409 Silver Street East**<br>**Mapleton, MN 56065** | **Massop Electric, Inc.**<br>**1409 Silver Street East**<br>**Mapleton, MN 56065** | **electrical work** | | **Unknown** |
| **MN DEPARTMENT OF REVENUE**<br>**551 BKY SECTION**<br>**P O BOX 64447**<br>**Saint Paul, MN 55164** | **MN DEPARTMENT OF REVENUE**<br>**551 BKY SECTION**<br>**P O BOX 64447**<br>**Saint Paul, MN 55164** | **taxes** | | **Unknown** |
| **MN Dept of Labor and Industry**<br>**443 Lafayette Road**<br>**Saint Paul, MN 55155** | **MN Dept of Labor and Industry**<br>**443 Lafayette Road**<br>**Saint Paul, MN 55155** | **unemployment** | | **Unknown** |
| **Plunkett's Pest Control**<br>**40 NE 52nd Way**<br>**Minneapolis, MN 55421** | **Plunkett's Pest Control**<br>**40 NE 52nd Way**<br>**Minneapolis, MN 55421** | **pest control** | | **Unknown** |
| **Rabbe Ag Enterprises**<br>**2247 90th Avenue**<br>**Trimont, MN 56176** | **Rabbe Ag Enterprises**<br>**2247 90th Avenue**<br>**Trimont, MN 56176** | **deferred grain payment** | | **114,500.00** |
| **Step, Inc.**<br>**PO Box 110**<br>**Fairmont, MN 56031** | **Step, Inc.**<br>**PO Box 110**<br>**Fairmont, MN 56031** | **office cleaning** | | **Unknown** |
| **Weclome State Bank**<br>**111 Guide Street North**<br>**Welcome, MN 56181** | **Weclome State Bank**<br>**111 Guide Street North**<br>**Welcome, MN 56181** | **mortgage, farmland** | | **169,945.00**<br><br>**(Unknown secured)** |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 29, 2015**         Signature  **/s/ Joel Rabbe**  
                                                                                **Joel Rabbe**  
                                                                               **General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

## United States Bankruptcy Court
### District of Minnesota

In re   **Rabbe Farms LLP**                                              Case No.
                                    Debtor(s)                            Chapter   **11**

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Joel Rabbe**, declare under penalty of perjury that I am a **General Partner** of **Rabbe Farms LLP**, a Minnesota partnership and that on **September 25, 2015** the following resolution was duly adopted by the **partners** of this partnership:

"Whereas, it is in the best interest of this partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Joel Rabbe**, General Partner of this partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the partnership; and

Be It Further Resolved, that **Joel Rabbe**, General Partner of this partnership, is authorized and directed to appear in all bankruptcy proceedings on behalf of the partnership and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the partnership in connection with such bankruptcy case; and

Be It Further Resolved, that **Joel Rabbe**, General Parner of this partnership, is authorized and directed to employ **Ralph Mitchell**, attorney and the law firm of **Lapp Libra Thomson Stoebner & Pusch, Chartered** to represent the partnership in such bankruptcy case."

(or)

I, **Joel Radde**, declare under penalty of perjury that I am one of the general partners of **Rabbe Farms LLP**, a Minnesota partnership, that **Jon Rabbe** and **Joyce Rabbe** are all of the other general partners, and that all general partners have authorized me to file a voluntary petition commencing a chapter **11** voluntary bankruptcy case on behalf of the partnership.

Date   9/25/15                                Signature   _Joel Rabbe_
                                                          Joel Rabbe
                                                          General Partner

**LOCAL RULE REFERENCE: 1008-1**

.

ABDO EICK & MEYERS, LLP
PO BOX 3166
MANKATO MN 56002-3166


AGSTAR FINANCIAL SERVICES
1921 PREMIER DRIVE
MANKATO MN 56001


CHS INSURANCE SERVICES
PO BOX 64422
SAINT PAUL MN 55164


CHS INSURANCE SERVICES, LLC
PO BOX 64422
SAINT PAUL MN 55164


CITY OF ORMSBY
PO BOX 507
ORMSBY MN 56162


CITY OF ORMSBY
PO BOX 507
ORMSBY MN 56162


FARMERS STATE BANK OF TRIMONT
220 WEST MAIN STREET
TRIMONT MN 56176


FARMERS STATE BANK OF TRIMONT
220 WEST MAIN STREET
TRIMONT MN 56176


FEDERAL RURAL ELECTRIC
PO BOX 69
JACKSON MN 56143

```
FEDERATED RURAL ELECTRIC
PO BOX 69
JACKSON MN 56143




FRONTIER
PO BOX 20550
ROCHESTER NY 14602-0550




FRONTIER COMMUNICATIONS
PO BOX 30550
ROCHESTER NY 14602




INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET, SUITE 1222
SAINT PAUL MN 55101




KENNETH AMMAN
769 250TH STEET
ORMSBY MN 56162




KUEHL'S ELECTRIC INC.
304 TIELL DRIVE
SAINT JAMES MN 56081




MASSOP ELECTRIC, INC.
1409 SILVER STREET EAST
MAPLETON MN 56065




MN DEPARTMENT OF REVENUE
551 BKY SECTION
P O BOX 64447
SAINT PAUL MN 55164




MN DEPT OF LABOR AND INDUSTRY
443 LAFAYETTE ROAD
SAINT PAUL MN 55155
```

```
MN DEPT. OF COMMERCE
85 7TH PLACE EAST SUITE 500
SAINT PAUL MN 55101-2198



PLUNKETT'S PEST CONTROL
40 NE 52ND WAY
MINNEAPOLIS MN 55421



RABBE AG ENTERPRISES
2247 90TH AVENUE
TRIMONT MN 56176



STEP, INC.
PO BOX 110
FAIRMONT MN 56031



STEP, INC.
PO BOX 110
FAIRMONT MN 56031



WECLOME STATE BANK
111 GUIDE STREET NORTH
WELCOME MN 56181
```

# United States Bankruptcy Court
### District of Minnesota

In re  **Rabbe Farms LLP**                                                  Case No.
                                              Debtor(s)                     Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rabbe Farms LLP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 29, 2015** | **/s/ Ralph V. Mitchell** |
| Date | **Ralph V. Mitchell 184639** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Rabbe Farms LLP** |
| | **Lapp Libra Thomson Stoebner Pusch** |
| | **120 South Sixth Street** |
| | **Suite 2500** |
| | **Minneapolis, MN 55402** |
| | **612-338-5815 Fax:612-338-6651** |